UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> )  Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Shane Alton Bracr, ) <br> )  Defendant(s) ) <br> _____ ) | CRIMINAL NO. 08MJ2030 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / <u>Order of Court</u>).

Teresa Gaytan - Bautista

DATED: 7/18/08

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** _____
            DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
Deputy Clerk