UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
          Plaintiff )
           )
          vs. )
  Shane Alton Buer, )
          Defendant(s) )
           )

CRIMINAL NO. _08MJ2030_

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Blanca Lourdes Mancilla-Gaytan

DATED:   7/18/08

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

**RECEIVED** _____
            **DUSM**

W. SAMUEL HAMRICK, JR.  Clerk

by _____
          **Deputy Clerk**

☆ U.S. GPO: 2003-581-774/70082